# EXHIBIT 1

# EXHIBIT 1



About Us
Company Profile
Our Edge
Our Clients
**Management Team**
  › Board of Directors
Job Opportunities
Press Room
Acquisitions

# Management Team

VerticalScope's management team is comprised of industry-leading professionals, all with extensive experience in their respective areas of expertise. Our management team is dedicated to executing the company vision and maintaining VerticalScope's distinctive work environment, while ensuring excellence in all our products and services.

- Rob Laidlaw, President
- Mark Salerno, Vice President of Systems and R&D
- Kyle Hyunjin Kim, Chief Creative Director
- Robert Lee, VP Finance
- Jerry Orban, VP Business Development

**Rob Laidlaw**
**President**
Rob Laidlaw is the visionary behind VerticalScope. Rob founded TopHosts.Com, the predecessor company to VerticalScope, in 1997 at the age of sixteen. In 1999, Rob moved the company to Toronto and began expanding the business aggressively. Rob currently serves as President, focusing his energies on business development and marketing strategy. Rob is a passionate enthusiast whose personal interests in technology, cars, and sports are reflected in each of VerticalScope's business groups. His successes at VerticalScope have been widely publicized, with stories appearing in leading publications such as Internet World, PC World, Canadian Business and The Washington Times.

**Mark Salerno**
**Vice President of Systems and R&D**
Mark Salerno oversees all of the Operations, Systems Architecture and Software Development efforts at Verticalscope. Prior to joining Verticalscope, Mark was the Vice President of Technology at Softcom Inc, a local Toronto hosting and Microsoft Exchange company, which serves hundreds of thousands of subscribers. He spent the previous 10 years working as the Vice President of Research and Development for Network Solutions through its' acquisition of InQuent Technologies, managing the web and email hosting teams, and deployed infrastructure that now supports millions of mailboxes and hosting customers. He has extensive industry experience with large scale system deployments, hosting provisioning and web interface development. In addition to his technology background, Mark is an avid pet enthusiast and is very active in Ontario in the pet community, and is involved in fund raising for large animal protection charities.

**Kyle Hyunjin Kim**
**Chief Creative Director**
Kyle has creative responsibility for all media properties in VerticalScope's portfolio. Prior to joining VerticalScope, Kyle was the Group Art Director for Modified Automotive Group where he was

responsible for all creative initiatives and development of 3 successful automotive publications and web sites. He graduated with a Bachelors of International Business degree in Dankook University from South Korea and studied Interactive Multimedia at Humber.

**Robert Lee**
**VP Finance**
In the role of VP Finance, Robert is responsible for the controllership, treasury, tax, audit, planning and corporate administrative functions for VerticalScope. Prior to joining VerticalScope, Robert worked in public accounting where he gained extensive experience in many different business sectors providing professional services to individuals and corporations. Robert brings many years of general and financial management experience to VerticalScope acquired from his public accounting career, and from having served as Treasurer and Director of a non-profit organization. He is a graduate of the University of Western Ontario and also studied at York University.

**Jerry Orban**
**VP Business Development**
Jerry is responsible for supporting VerticalScope's aggressive growth through his work on acquisitions, partnerships, product development and strategic marketing initiatives. Jerry's career spans more than 20 years leading strategic business development initiatives as a senior manager and executive at Canada's top convergence corporations, including Bell Canada, CanWest Media, Rogers Cable Systems and Manulife Financial. He graduated Magna Cum Laude with a combined Business & Social Sciences honours degree from the University of Ottawa.

HOME | SITE MAP | MEDIA KITS | CONTACT US | TERMS OF USE | PRIVACY STATEMENT
© 2007 VerticalScope Inc. All rights reserved.

# EXHIBIT 2

# EXHIBIT 2

# reviewjournal.com



Powered by Clickability

May. 21, 2010
Copyright © Las Vegas Review-Journal

## EDITORIAL: Washington will take care of you

Last week, House Speaker Nancy Pelosi offered a new defense of her party's unpopular health care reforms: They guarantee coverage for the next generation of dropout hippies and starving artists.

Speaking at a Washington event, Rep. Pelosi, D-Calif., gushed that the government will take care of anyone tired of grinding through this recession.

"We see it as an entrepreneurial bill, a bill that says to someone, if you want to be creative and be a musician or whatever, you can leave your work, focus on your talent, your skill, your passion, your aspirations because you will have health care," Rep. Pelosi said. "You don't have to be job-locked."

Entrepreneurs are people who pour their energies and resources into starting and running businesses -- and assume all the risk. Entrepreneurs are part of the productive, taxpaying class. You know, the people who eventually foot the bill for all of Rep. Pelosi's progressive pipe dreams.

However, in Rep Pelosi's statist mind, an entrepreneur is not someone who creates jobs, but someone who quits his job, starts a garage band and lets his struggling, employed neighbors pay for his health insurance.

It was bad enough that Rep. Pelosi, President Obama and Senate Majority Leader Harry Reid saw fit to raise taxes on businesses and increase medical costs on families as part of their health care takeover. Now we get confirmation that it's an entitlement for slackers, too.

Which raises an important question: If everyone decides to quit their jobs and "focus on their passions," who'll pay for their health care then?


**Find this article at:**
http://www.lvrj.com/opinion/washington-will-take-care-of-you-94564784.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3




Home • Message Board • SBN Chat • SBN Articles • Bike Specs • Register • Pictures • Classifieds • Forum Rules • Advertise • Contact Us

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.



Sportbikes.net > Topic Discussions > Open Forums > Sportbike Cafe > Politics & Religion
Washington will take care of you...Pelosi

| Register | Subscribe | Casino | Garage | FAQ | Members List | Calendar | Arcade | Today's Posts | Search | Blogs |

**Politics & Religion** Well Since every damn forum has one. Might as well leave it out there. This place is loosely moderated and should not be entered if you're weak of heart.

» Insurance







Post Reply

LinkBack   Thread Tools   Display Mod

#1 in Motorcycle Insurance. Start Saving Today.

05-22-2010, 12:27 AM                                                                  #1 (perm

**synesthesia1**
World 500 GP Racer



Join Date: Jun 2008
Location: Texas
Posts: 2,566
Casino Cash: $8995
Sportbike: 94 CBR 600 & 2004 600 RR

Washington will take care of you...Pelosi

Want to be a rock star? Perhaps you bought a paint by number kit and now fancy yourself an artist.

Either way, it's all cool with Nancy Pelosi...

Quote:

EDITORIAL: Washington will take care of you

Last week, House Speaker Nancy Pelosi offered a new defense of her party's unpopular health care reforms: They guarantee coverage for the next generation of dropout hippies and starving artists.

Speaking at a Washington event, Rep. Pelosi, D-Calif., gushed that the government will take care of anyone tired of grinding through this recession.

"We see it as an entrepreneurial bill, a bill that says to someone, if you want to be creative and be a musician or whatever, you can leave your work, focus on your talent, your passion, your aspirations because you will have health care," Rep. Pelosi said. "You don't have to be job-locked."

Entrepreneurs are people who pour their energies and resources into starting and running businesses -- and assume all the risk. Entrepreneurs are part of the productive, taxpaying class. You know, the people who eventually foot the bill for all of Rep. Pelosi's progressive pipe dreams.

However, in Rep Pelosi's statist mind, an entrepreneur is not someone who creates jobs, but someone who quits his job, starts a garage band and lets his struggling, employed neighbors pay for his health insurance.

It was bad enough that Rep. Pelosi, President Obama and Senate Majority Leader Harry Reid saw fit to raise taxes on businesses and increase medical costs on families as part of their health care takeover. Now we get confirmation that it's an entitlement for slackers, too.

Which raises an important question: If everyone decides to quit their jobs and "focus on their passions," who'll pay for their health care then?

EDITORIAL: Washington will take care of you - Opinion - ReviewJournal.com

Yeah, we need more dope smoking hippie wannabe "arteests" like the ones that still inhabit San Francisco, Nancy's stomping grounds.
_____
Isaiah 54:17..."Science without religion is lame, religion without science is blind." Einstein

Last edited by synesthesia1 ; 05-22-2010 at 12:30 AM.



Sponsored Links                                                               Remove Advertis



» Site Sponsors
SPORTBIKE ACCESSORIES
888.784.4327
CRASHEDTOYS.COM
PARTSPITSTOP.COM
We Ship Worldwide
35% up to off
ZARI Importer
1-888-963-1212
Advertising Info

**Sportbikes.net**
Advertisement



---

05-22-2010, 03:15 PM          #2 (perm

**bumblebee**
World 500 GP Champion



Sooner or later, pelosi will run out of other people's money to spend...How can you pay enough taxes to pay your own salary?

When the government's boot is on your throat, does it matter if it is a boot from the left or a boot from the right?

Join Date: Sep 2004
Location: tallahassee
Age: 5
Posts: 7,379
Casino Cash: $67071
Sportbike: '04 F4i...1978 CB 750A

---

05-22-2010, 03:29 PM          #3 (perm

**BDFINALLY**
World 500 GP Champion



I'm like Scrut, I'm wondering why the Forum is letting you obviously jam it up. Nothing original happen this week to make you engorged?

Pelosi and Karl Marx on "Freedom"

How'd Dave put it?

> Quote:
> Jerk, jerk. Squirt, squirt.

It's just become painfully SAD

"Common sense is the collection of prejudices acquired by age eighteen"

I wondered what the GOP would do when they ran out of dumb ideas. Turns out that isn't going to be a concern....kael

Join Date: Jul 2004
Location: VIRGINIA
Posts: 4,217
Casino Cash: $42272
Sportbike: DUCATI MONSTER



---

**Explore Content**

## Washington Will Take Care Of You...Pelosi Sportbikes.Net   Nancy Pelosi   Rock Star
People Money   Karl Marx

---

More Riders Choose Progressive than any other insurance company. Save today.

[Post Reply]

« Previous Thread | Next Thread »

**Currently Active Users Viewing This Thread: 1** (0 members and 1 guests)

**Posting Rules**
You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is On

**Posting Rules**

Smilies are **On**
[IMG] code is **On**
HTML code is **Off**
Trackbacks are **On**
Pingbacks are **On**
Refbacks are **On**

**Similar Threads**

| Thread | Thread Starter | Forum | Replies | Last Post |
| --- | --- | --- | --- | --- |
| Why did you vote Democrat? (Humor) | synesthesia1 | Politics & Religion | 33 | 05-06-2010 02:4 |
| Pelosi: Caught in her own web. | synesthesia1 | Politics & Religion | 4 | 03-10-2010 08:1 |
| The Bush Administration Was Dishonest? NO! | The Central Scrutinizer | Politics & Religion | 160 | 07-21-2009 10:0 |
| We already know the results of one so-called health care reform | PhilB | Politics & Religion | 51 | 06-11-2009 12:1 |
| Crack Smokin Barry is Back!! | V V V | Northeast | 11 | 09-23-2004 01:5 |

All times are GMT -5. The time now is 03:55 PM.

| | | | | |
| --- | --- | --- | --- | --- |
| Harley Davidson | Suzuki GSXR | Ducati Forum | Kawasaki Forum | Sportbikes Forum |
| V-Rod Forum | GSXR Forum | Ducati Monster | Vulcan Forums | Triumph Forum |
| Harley Forum | Suzuki SV | Honda 600RR | Kawasaki ZX Forum | Triumph 675 |
| Star Motorcycles | Yamaha R1 | Honda 1000RR | Kawasaki ZX-10R | Can Am Spyder |
| KTM Forum | Yamaha R6 | Honda Fury Forums | Kawasaki KLR 650 | Aprilia Forum |
| Victory Forums | YZF-R6 Forum | Honda Goldwing | Kawasaki Versys | BMW S1000RR Forum |

-- SBN Dark Blue/Black

Contact Us - Advertising Information - The Sportbike Network - Archive - Privacy Statement - Top

Powered by vBulletin® Version 3.6.12
Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.
Content Relevant URLs by vBSEO 3.0.0
© 1997 - 2007 Sportbikes.net INC. All Rights Reserved.

# EXHIBIT 4

# EXHIBIT 4



Steffi Graf speaks Wednesday at the Andre Agassi Preparatory Academy, the charter school founded by her husband.
Craig L. Moran/LAS VEGAS REVIEW-JOURNAL

LAS VEGAS REVIEW-JOURNAL
Steffi Graf shakes hands with a grip so powerful it's easy to imagine the 40-year-old still ripping forehand <u>winners</u> past opponents.

The Hall of Famer, whom many regard as the greatest woman to step on a tennis court, looks fit enough to hold her own against today's stars.

"No, no," Graf said with a nervous laugh. "I like my life the way it is, thank you."

Graf has met her match in husband and fellow tennis great Andre Agassi and loves living in his hometown of Las Vegas with their two children.

These days, the major events in her life include attending 8-year-old son Jaden's Little League games or 6-year-old daughter Jaz's dance recitals or spending time with her mother and brothers, who also live here.

"When I grew up, I didn't think I'd get married," said Graf, the <u>winner</u> of 22 Grand Slam titles and 107 tournaments. "Not that I wasn't hoping I would one day meet someone I could spend the rest of my life with."

Graf and Agassi got married in 2001 and settled down together in Summerlin.

"It's been a great place to raise our kids," she said. "I am a private person. It's great to live a very normal life. The people here have been so supportive and respectful."

The family also vacations in Germany every summer. It's important to Graf that her children see other family members from her homeland.

"It's something we look forward to every year," she said. "We have a great time visiting and exposing them to the culture of my childhood."

Along with her family, Graf's foundation, Children For Tomorrow, keeps her busy. It works with kids traumatized by war, violence or other crises and is set to open a trauma center in November in Germany. Projects also have been created in Kosovo, Uganda, Mozambique, South Africa and Eritrea.

"When I left tennis, I thought I'd be more active," she said. "Tennis has taken a step back. I still enjoy going out to play, but it's rare."

Though they no longer compete in tennis, Graf and Agassi maintain busy schedules. Finding quality time alone can be a challenge, but they manage to make time for each other.

"I love those quiet moments," she said. "I'm more in love with him than ever."

Agassi feels the same way.

"It's hard to put into words what it means to be with someone so special, someone who understands you and cares so much for you," he said. "I am truly blessed to have someone I can benefit from every day.

"She's tireless. She's generous. She's an incredible wife and mother. I had full belief of her values. Our life is committed to people."

As Graf's children grow older, they inevitably will learn more and more about her tennis legacy, which dwarfs even Agassi's sizable accomplishments as an eight-time Grand Slam champion.

"They never saw me play, but they know about my career somewhat," Graf said. "We don't talk about it much. We focus more about them being part of the community and caring about other people. That's more important than trophies."

But Graf acknowledges, looking back, that her 18-year career on the court was quite impressive.

"I think the thing I'm most proud of is the longevity of having played such a span of time," said Graf, who competed against Chris Evert and Martina Navratilova early in her career, Monica Seles, Arantxa Sanchez Vicario and Gabriela Sabatini midway through her career and Venus and Serena Williams, Martina Hingis and Kim Clijsters toward the end. "That and to have the ability to raise my level of play against so many great players, that's what I'm proudest of."

Contact reporter Steve Carp at scarp@reviewjournal.com or 702-387-2913.



# EXHIBIT 5

# EXHIBIT 5



# EXHIBIT 6

# EXHIBIT 6



# EXHIBIT 7

# EXHIBIT 7

